# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOSMAY JORRIN,<br><br>       Plaintiff,<br><br>  v.<br><br>LIDESTRI FOODS, INC., et al.,<br><br>       Defendants. | Civil No. 11-2064 (NLH/AMD)<br><br>**ORDER** |

**HILLMAN, District Judge**

    For the reasons expressed in the Court's Opinion entered on this date,

    **IT IS HEREBY ORDERED** this ___28th___ day of ___March___, 2013, that Defendant Lidestri Foods, Inc.'s motion [Doc. No. 19] seeking summary judgment pursuant to Federal Rule of Civil Procedure 56 shall be, and hereby is, **GRANTED**; and it is further

    **ORDERED** that the Clerk is directed to mark this matter as **CLOSED**.

|   |   |
|---|---|
| At Camden, New Jersey |  s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |